STATE OF NEW JERSEY v. ROBERT FOX.

September 17, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL W. MORRISON.

September 17, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN SAMARCO.

September 17, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES WARING.

September 17, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID WENNER.

September 17, 1985.

Petition for certification denied.